USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 1:17-cv-00442-REB |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| The Approximate Sum of $205,552.67 Seized from DMCU, Account Nos. 3097 & 3053 | Seizure of Property |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
The Approximate Sum of $205,552.67 Seized from DMCU, Account Nos. 3097 & 3053

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

U.S. Attorney's Office - District of Idaho
Kevin T. Maloney, AUSA
800 Park Blvd, Ste. 600
Boise, ID 83712

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please seize the above described defendant property pursuant to the Warrant of Arrest In Rem, and take the defendant property into Government custody. CATS IDs: 18-FBI-000105 and 18-FBI-000106; FBI Case No. 196E-SU-2217178.

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: (208) 334-1211
DATE: 11-22-17

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 23 | No. 23 | [signature] | 11/24/17 |

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 11/24/17    Time: 2:00  [ ] am [X] pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65 | — | — | 65.00 | | $0.00 |

REMARKS: Assets listed above have been Arrested

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>THE APPROXIMATE SUM OF $205,552.67 SEIZED FROM DMCU, ACCOUNT NOS. xxxx3097 AND xxxx3053,<br><br>　　　　　Defendants. | Case No. 1:17-cv-00442-REB<br><br>**WARRANT OF ARREST *IN REM*** |

TO:　The United States Marshals Service, the Federal Bureau of Investigation, and/or any other United States officer or employee, or person under contract with the United States:

　　　WHEREAS, on October 24, 2017, the United States of America filed a Verified Complaint *In Rem* for civil forfeiture in the United States District Court for the District of Idaho in the above-referenced case, alleging that the above-named defendants ("defendant property") are subject to seizure and civil forfeiture to the United States for the reasons alleged in the Complaint; and

WARRANT OF ARREST *IN REM* - 1

WHEREAS, the defendant property is currently in the possession, custody or control of the United States; and

WHEREAS, in these circumstances, Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, directs the Clerk of the Court to issue an arrest warrant *in rem* for the defendant property; and

WHEREAS, Supplemental Rule G(3)(c) provides that the Warrant of Arrest *In Rem* must be delivered to a person or organization authorized to execute it;

YOU ARE, THEREFORE, HEREBY COMMANDED to arrest the defendant property as soon as practicable by serving a copy of this warrant on the custodian in whose possession, custody or control the property is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

IN WITNESS WHEREOF, I, Clerk of the United States District Court for the District of Idaho, have caused the foregoing Warrant of Arrest *In Rem* to be issued pursuant to the authority of the Supplemental Rule G(3)(b)(i) and the

WARRANT OF ARREST *IN REM* - 2

applicable laws of the United States and have hereunto affixed the seal of said

Court at Boise, Idaho, this 25th day of October, 2017.

                                                        Clerk of the Court
                                                       United States District Court

By: 

United States Courts
District of Idaho
**ISSUED**
*Kelly Montgomery*
*on Oct 25, 2017 11:53 am*

WARRANT OF ARREST *IN REM* - 3