USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 1:17-cv-00442-REB |
| DEFENDANT | TYPE OF PROCESS |
| The Approximate Sum of $205,552.67 Seized from DMCU, Account Nos. 3097 & 3053 | Service of Process |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
The Approximate Sum of $205,552.67 Seized from DMCU, Account Nos. 3097 & 3053

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

U.S. Attorney's Office - District of Idaho
Kevin T. Maloney, AUSA
800 Park Blvd, Ste. 600
Boise, ID 83712

| | |
|---|---|
| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Please serve the above described defendant property with the Verified Complaint In Rem and Notice of Complaint for Forfeiture. CATS IDs: 18-FBI-000105 and 18-FBI-000106; FBI Case No. 196E-SU-2217178.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (208) 334-1211
DATE: 11-22-17

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY -- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 2 | 23 | 23 | [signature] | 11/24/17 |

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

| Date | Time | |
|---|---|---|
| 11/24/17 | 2:00 | ☐ am ☒ pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 130.00 | | | 130.00 | | $0.00 |

REMARKS: Assets listed above have been served.

PRINT 5 COPIES
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
KEVIN T. MALONEY, IDAHO STATE BAR NO. 5095
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | Case No. 1:17-cv-00442-REB |
|---|---|
| Plaintiff, | **NOTICE OF COMPLAINT FOR FORFEITURE** |
| vs. | |
| THE APPROXIMATE SUM OF $205,552.67 SEIZED FROM DMCU, ACCOUNT NOS. xxxx3097 AND xxxx3053, | |
| Defendants. | |

TO: The Approximate Sum of $205,552.67 Seized from DMCU, Account Nos. xxxx3097 and xxxx3053

    1.    DATE OF NOTICE: November 22, 2017

    2.    FORFEITURE COMPLAINT: On October 24, 2017, the United States of America filed a civil complaint seeking forfeiture, pursuant to 18 U.S.C. §§ 981(a)(1)(A), (a)(1)(C), and 984, in the United States District Court for the District of Idaho against the following defendant property:

NOTICE OF COMPLAINT FOR FORFEITURE - 1

a. The approximate sum of $205,552.67 seized on or about October 12, 2017 from the following bank accounts held at Diversified Members Credit Union in Detroit, Michigan:

| Account No. | Account Name: | Amount Seized: |
|---|---|---|
| xxxx3097 | M.L.S.A. | $197,570.50 |
| xxxx3053 | J.F.B. | $7,982.17 |

3. FILING A VERIFIED CLAIM: Pursuant to Rule G(5)(a)(ii) of the Supplemental Rules of for Admiralty or Maritime Claims and Asset Forfeiture Actions, in order to avoid forfeiture of the defendant property, any person who asserts an interest in the defendant property must file a verified claim within thirty-five (35) days after the date of this notice or the date of delivery, if personally served.

4. CONTENTS OF A VERIFIED CLAIM: Pursuant to Rule G(5)(a), the claim must (A) identify the specific property claimed; (B) identify the claimant and state the claimant's interest in the property; and (C) be signed by the claimant under penalty of perjury (see 28 U.S.C. § 1746).

5. FILING OF AN ANSWER: Pursuant to Rule G(5)(b), if you file a verified claim, you must then file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within twenty-one (21) days after filing the verified claim.

6. FILING WITH COURT AND SERVICE ON UNITED STATES: The verified claim and answer (or motion) must be filed with the Office of the Clerk, United States District Court for the District of Idaho, 550 W. Fort St., Box 400, Boise, Idaho 83724, and a copy of the claim and answer (or motion) must be sent to the United States Department of Justice, United States Attorney's Office, District of Idaho, Attn: Kevin T. Maloney, Assistant United States Attorney, 800 Park Blvd., Suite 600, Boise, Idaho 83712.

NOTICE OF COMPLAINT FOR FORFEITURE - 2

**Failure to follow the requirements set forth above may result in judgment by default taken against you for relief demanded in the Complaint. You may wish to seek legal advice to protect your interests.**

Respectfully submitted this 22nd day of November, 2017.

                                             BART M. DAVIS
                                             UNITED STATES ATTORNEY
                                             By:

                                             _/s/ Kevin T. Maloney_____
                                             KEVIN T. MALONEY
                                             Assistant United States Attorney